MARIA COSTANZA BARDUCCI
BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011

Telephone: 212-433-2554

---

September 18, 2023

**Via CM/ECF**
Honorable Judge Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

> *RE: Abeth Hashimi v Vestea Food Corp. and Farrington Flushing Properties, LLC,*
> *Civil Action 1:23-cv-02368-BMC*
> *Joint Letter-Notice of Settlement in Principle*

Dear Honorable Judge Matsumoto,

I represent the Plaintiff in the above-referenced matter.

The parties, jointly wish to inform the Court that they have recently reached a Settlement in Principle and are in the process of memorializing their agreement's in the requisite settlement documentations and executing those agreements thereof.

Pursuant to the plateau therein reached, the parties would formally beseech Your Honor for an allotment of 30 days for the Parties to file their stipulation of dismissal.

Thank you for your consideration.

Respectfully Submitted,

**BARDUCCI LAW FIRM**

s/Maria Costanza Barducci, Esq.
MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only